IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| OLGA MENDEZ | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NUMBER |
| | ) | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | ) ) ) | M-14-715 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff's cause of action. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED that the conclusions in United States Magistrate Judge Dorina Ramos' Report and Recommendation entered as Docket Entry Number 20 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to counsel for the Parties.

DONE on this 27th day of September, 2017, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE